B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>DSFI, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>450 South Lombard Road<br>Addison, Illinois 60101<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>DuPage<br>ZIP CODE 60101 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
in addition to the above address:10747 Norwalk Blvd,SantaFe Springs,CA 90670;110 4th Street, Honesdale, PA 18431

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>Distributors Stock Forms Inc. | Case Number<br>09-18715 | Date<br>05/22/2009 |
|---|---|---|
| Relationship<br>Parent Corporation | District<br>Northern District of Illinois | Judge<br>John Squires |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | FILED<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br><br>JUN 10 2009<br><br>KENNETH S. GARDNER, CLERK<br>PS REP. - DDS |

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor __DSFI, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signed]_ CREDIT MANAGER | x _[signed Michael H. Traison]_ 06/08/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| MIDLAND PAPER COMPANY   6/3/09 | Michael H. Traison, Miller Canfield Paddock & Stone |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 225 W. Washington St., Ste. 2600, Chicago, IL 60606 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Midland Paper, ATTN: RICHARD FEY, 101 E PALATINE RD, WHEELING IL 60090 | Address |
| | (312) 860-4230 |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: P. H. Glatfelter ~~Company~~ | Address |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney     Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| MIDLAND PAPER COMPANY, 101 E PALATINE, WHEELING IL 60090 | TRADE DEBT | An Amount In Excess of $564,707.92 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|

_2_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                  Name of Debtor _____

                                                                        Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _[signature]_ | x _[signature]_   06/09/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| McGrann Paper Corporation   06/09/09 | Daryl Hollnagel, Wishart Norris Henninger & Pittman |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| **Michael Antonishak, CFO** | 6832 Morrison Blvd., Charlotte, NC 28211 |
| Name & Mailing   **2101 Westinghouse Boulevard** | Address |
| Address of Individual   **Charlotte, NC 28273** | (704) 716-5240 |
| Signing in Representative Capacity | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual | Address |
| Signing in Representative Capacity | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual | Address |
| Signing in Representative Capacity | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| McGrann Paper Corporation, Charlotte, NC | Trade Debt | an amount in excess of $100.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2          Name of Debtor __DSFI, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Michael Policatti_ Credit Mgr.
Signature of Petitioner or Representative (State title)  6/3/09

Name of Petitioner: Michael Policatti
Date Signed: 6/3/09

Name & Mailing Address of Individual Signing in Representative Capacity:
Clifford Paper, Inc.
600 E. Crescent Ave
Upper Saddle River
NJ 07458

x _Michael V. Nelson_ 06/10/2009
Signature of Attorney                Date

Name of Attorney Firm (If any): Miller Canfield Paddock Stone
Address: 225 W Washington Street #2600
Chicago, IL 60606
Telephone No.: 312-460-4230

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney        Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney        Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Clifford Paper, Inc., Upper Saddle River, NJ | Trade Debt | an amount in excess of $41,136.42 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached